# Texas Court of Criminal Appeals

Jesse Lopez

v.

The State

Tr. Ct. No. 1296762    PD-1621-14

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAY 18 2015
Abel Acosta, Clerk

Motion for Reconsideration of Motion For Extention of Time to File Rehearing.

FILED IN
COURT OF CRIMINAL APPEALS
MAY 22 2015
Abel Acosta, Clerk

The decision to Deny the "Motion For Extention of Time to File Rehearing" should be Reversed.

According to Tex. Rules of App. Pro. 4.5, Notes of Decision, 3. Sufficiency of Motion, the "Motion For Extention of Time to File Rehearing" should have been Granted. The Motion stated that the Notice of Refusal was not received by Apellant "and it's counsel" until April 21, 2015, Which is "after time expired to file For rehearing" and that Appellant "and it's Counsel... did not acquire actual Knowledge of rendition of judgement", quotes From Peavy V. Texas Home Management Inc. (App 1 Dist 2000) 16 S.W. 3d 104, appeal decided 48 S.W. 3d 211, review granted.

As stated in the "Motion For Extention of Time to File Rehearing" a Pro Se Prisoner Litigant has a right of ACCESS TO Courts. Part of that right is to have the Writ Writing Prisoner, Who has agreed to Counsel him, participate in filing of Meaningful

1

paperwork, see Access to Courts Manual. This Writ Writer is to be considered the "Counsel" of the appellant refered to in Peavy, supra.

Furthermore; Pro Se litigants are to be construed liberally, and held to a less stringent standard than Formal pleadings by attorneys. The Court should liberally construe pleading by Pro Se litigants dispite failure to cite proper legal authority, confusion of legal theories, poor syntax, sentence construction, or litigant's unfamiliarity with pleading requirements. Haines V. Kerner, 404 U.S. 519, 30 L. Ed. 2d. 652, 92 S.Ct. 594 (1972)

I, Jesse Lopez, pray that the Court of Criminal Appeals reverse their decision to deny Appellant's motion for Extention of Time to file Rehearing". The Court should take into Heart and mind that a Prison litigant is extremely hindered in their Liberty of filing meaningful paper work with the Court. All the Grace of the Court is Due.

X _Jesse Lopez_

Jesse Lopez #1898721
Neal Unit
9055 SPUR 591
Amarillo, Tx 79107
Signed and mailed on May 12, 2015

Jesse Lopez #01878721
Neal Unit
9055 Spur 591
Amarillo, Tx. 79107

AMARILLO TX 791
13 MAY 2015 PM 2 T

Court Of Criminal Appeals of Texas
P.O. Box 12308 Capitol Station
Austin, Tx. 78711

78711232308